```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 25, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAW OFFICE OF COURTNEY L HAAS LLC,

              Plaintiff,

   -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

             Defendant.
-----------------------------------------------------------X

**23 Civ. 02101 (PAC)**

**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above-entitled action has been on the Court's active docket since March 13, 2024, and there having been no activity since March 14, 2014, it is,

ORDERED, that the above-entitled action is DISMISSED, without prejudice. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
        March 25, 2024

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge